IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWIN WAYNE JOYCE,              )
                                )
            Plaintiff,          )
                                )
        v.                      )      1:23CV457
                                )
WARDEN BRAY,                    )
                                )
            Defendant(s).       )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted what the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983 based on the nature of Plaintiff's allegations. He later added what the Court treated as a Supplement. The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.  The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.  The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(e).

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts

of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). The Court notes that the Supplement mentions other cases, asks how much Plaintiff owes for a filing fee in an unidentified case, and requests forms. Plaintiff does not owe a fee in the cases mentioned, one of which is closed and the other of which has been recommended to be dismissed. As just noted, the Clerk will send Plaintiff forms. Plaintiff also asks for protective custody, but this Court does not control custody levels within the North Carolina Department of Public Safety.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above.

This, the 21st day of June, 2023.

                                  /s/ L. Patrick Auld
                                    **L. Patrick Auld**
                           **United States Magistrate Judge**